**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANDREW M. ROLNICK,**

      **Plaintiff,**

**v.**                                      **Case No.  8:08-cv-1433-T-27TBM**

**MICHAEL J. ASTRUE,**
**Commissioner of the United States**
**Social Security Administration,**

      **Defendant.**
_____/

## **REPORT AND RECOMMENDATION**

This matter is before the court on the Defendant's **Motion for Entry of Judgment With Remand** (Doc. 10).  The Defendant asserts that a remand to the Commissioner is required for the following reasons:

> For the administrative law judge (ALJ) to obtain vocational expert (VE) testimony to determine the jobs Plaintiff could perform in light of his residual functional capacity and all of the evidence of record, including any nonexertional limitations supported by the evidence of record.  The hypothetical question posed to the VE should include Plaintiff's documented exertional and nonexertional limitations.

(Doc. 10).  The Defendant represents that Plaintiff does not object to the motion.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).

In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, it is RECOMMENDED that the court enter an Order granting the motion (Doc. 10), remanding this case pursuant to Sentence Four of § 405(g) for further proceedings consistent with the motion, and directing the Clerk to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs may be addressed upon further pleadings.

Respectfully submitted this
1st day of October 2008.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02.

Copies furnished to:
The Honorable James D. Whittemore, United States District Judge
Counsel of Record

In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. *Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, it is RECOMMENDED that the court enter an Order granting the motion (Doc. 10), remanding this case pursuant to Sentence Four of § 405(g) for further proceedings consistent with the motion, and directing the Clerk to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs may be addressed upon further pleadings.

Respectfully submitted this
1st day of October 2008.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02.

Copies furnished to:
The Honorable James D. Whittemore, United States District Judge
Counsel of Record