UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW M. ROLNICK,

    Plaintiff,

v.                                                      CASE NO: 8:08-cv-1433-T-27TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's unopposed Motion for Entry of Judgment With Remand (Dkt. 10) and the Report and Recommendation of the magistrate judge recommending that the motion be granted (Dkt. 110). After an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, Defendant's Motion for Entry of Judgment With Remand (Dkt. 10) is GRANTED.[1] This cause is remanded to the Commissioner pursuant to Sentence Four of § 405(g) for proceedings consistent with Defendant's motion, to wit:

> For the administrative law judge (ALJ) to obtain vocational expert
> (VE) testimony to determine the jobs Plaintiff could perform in
> light of his residual functional capacity and all of the evidence of
> record, including any nonexertional limitations supported by the

---

[1] The district court is required to "make a *de novo* determination of those portions of the magistrate's report or . . . recommendation to which objection is made." 28 U.S.C. § 636(b)(1). The district court may reconsider a report and recommendation where it has been shown that the magistrate's order is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). The district court may "accept, reject or modify in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C).

evidence of record. The hypothetical question posed to the VE should include Plaintiff's documented exertional and nonexertional limitations.

The Clerk is directed to enter judgment in favor of Plaintiff, terminate any pending motions and close this case. Jurisdiction is reserved to award attorneys' fees and costs upon proper application.

DONE AND ORDERED on this 17th day of October, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record